[No. 13036–6–I. Division One. May 21, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DELORES CHRISTIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82–1–02133–1, Jim Bates, J., entered April 12, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Ringold, J.

[No. 4680–0–III. Division Three. May 22, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN RATZLAFF, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 81–1–00165–7, Richard G. Patrick, J., entered July 24, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 5652–0–III. Division Three. May 22, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS CASTRO FIERRO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 82–1–00707–8, Bruce P. Hanson, J., entered February 4, 1983. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.